UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF LOUISIANA

| | | |
|---|---|---|
| **JEROME GILL** | * | **CIVIL ACTION** |
| | * | |
| **VERSUS** | * | **NO. 2:22-cv-3660** |
| | * | |
| **MARITIME PARTNERS SERVICES,** | * | **SECTION " " MAG.** |
| **LLC AND CENTERLINE LOGISTICS** | * | Judge: |
| **CORPORATION** | * | Magistrate: |
| | * | |
| * * * * * * * * * * * * * * * * * * * * * * * * * * | | **JURY TRIAL REQUESTED** |

## COMPLAINT

Plaintiff, Jerome Gill, a person of the full age of majority and a citizen of the United States residing in the State of Louisiana, brings this action against Maritime Partners Services, LLC and Centerline Logistics Corporation and avers the following:

1.

Jurisdiction is based upon Section 33 of the Merchant Marine Act, more commonly referred to as the Jones Act, 46 USC 688 and the General Maritime Law; for wages, maintenance and cure.

2.

At all times hereinafter referred to, plaintiff, Jerome Gill, was employed as a seaman by Centerline Logistics Corporation, a foreign profit corporation doing business in the State of Washington.

3.

Defendant, Maritime Partners Services, LLC, is a limited liability company doing business in the State of Louisiana, and is believed to own the M/V Daryl Hiatt.

4.

On or about September 19, 2021, while in the course and scope of his employment with

defendants Maritime Partners Services, LLC, plaintiff was injured while aboard the M/V Daryl Hiatt owned by Centerline Logistics Corporation, due to their negligence and/or vessel negligence under the General Maritime Law. Plaintiff slipped and fell down an unlit stairwell and sustained serious, permanent and disabling injuries to his mind and body, all as a result of the negligence of defendants, Maritime Partners Services, LLC and Centerline Logistics Corporation.

5.

On or about September 19, 2021, while in the course and scope of his employment with defendant, Centerline Logistics Corporation, plaintiff was caused to sustain serious, permanent and disabling injuries to his mind and body, all as a result of the negligence of the defendants, Maritime Partners Services, LLC and Centerline Logistics Corporation, and the unseaworthy condition of the vessel M/V Daryl Hiatt.

6.

As a direct result of said accident and injuries sustained, plaintiff was rendered disabled and has sustained lost wages, and will sustain future lost wages; has incurred medical expenses in the past and will incur future medical expenses; and has suffered extreme pain and mental anguish in the past and will suffer extreme pain and mental anguish in the future, all of which plaintiff is entitled to sue and recover from defendants herein, damages in the sum of TEN MILLION AND NO/100 ($10,000,000.00) DOLLARS.

7.

Defendants, Maritime Partners Services, LLC and Centerline Logistics Corporation, are liable unto plaintiff for negligence and/or unseaworthiness.

WHEREFORE, plaintiff, Jerome Gill, prays for judgment against defendants, Maritime

Partners Services, LLC and Centerline Logistics Corporation, in the sum of TEN MILLION AND NO/100 ($10,000,000.00) DOLLARS, together with legal interest thereon from date of judicial demand, and with all costs and disbursements of this action and for all appropriate and equitable relief and FOR A TRIAL BY JURY.

    Respectfully submitted by:

    /s/ *John M. Robin*

    _____
    JOHN M. ROBIN, LSBA #11341
    ZACHARY D. RHODES, LSBA #38063
    CATHERINE M. ROBIN, LSBA #37398
    600 COVINGTON CENTER
    COVINGTON, LOUISIANA 70433
    TELEPHONE: 985-893-0370
    FAX: 985-893-2511
    johnmrobin@johnmrobinlaw.com

**SERVICE VIA WAIVER OF SERVICE**:

**MARITIME PARTNERS SERVICES, LLC**
C T CORPORATION SYSTEM
3867 PLAZA TOWER DR.
BATON ROUGE, LA 70816

**CENTERLINE LOGISTICS CORPORATION**
C T CORPORATION
711 Capitol Way S, Ste 204
Olympia, WA 98501-1267